UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CRIMINAL ACTION NO. 05-109-C**

**UNITED STATES OF AMERICA,**                                                                **PLAINTIFF,**

**V.**                                        **O R D E R**

**JOSEPH R. BANIS,**                                                                        **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having appeared for a final revocation hearing and having waived his right of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of nine (9) months, and that no further term of supervised release is imposed.

Signed on  May 28, 2008

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**